# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 2021 | **DATE** | 6/5/2001 |
| **CASE TITLE** | Reverend Stephen Tracy Anderson vs. Matthew F. Hale et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Plaintiff moves to strike defendants' Rule 72(A) objections as untimely. That motion is denied. Plaintiff's answer to objections to be filed by June 15, 2001. Reply to answer to be filed by June 22, 2001.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| | Notices mailed by judge's staff. | | JUN -6 2001 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 67 |
| | Mail A 450 form. | ED-7 FILED FOR DOCKETING | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 01 JUN -6 AM 8:36 | date mailed notice | |
| WAH | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials | |

Minute Order Form (06/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

REVEREND STEPHEN TRACY ANDERSON, )
)
Plaintiff, )
)
vs. ) No. 00 C 2021
)
MATTHEW F. HALE, THE WORLD )
CHURCH OF THE CREATOR, an )
unincorporated association, and THE )
ESTATE OF BENJAMIN NATHANIEL )
SMITH, )
)
Defendants. )

DOCKETED
JUN - 6 2001

## MEMORANDUM OPINION AND ORDER

Plaintiff moves to strike defendants' Rule 72(A) objections as untimely. That motion is denied.

Defendants should have filed their objections about two weeks or more before they did so. We do not condone that delay – it has led to an otherwise unnecessary round of briefing and the intervention of the court. A simple motion for additional time would have obviated that effort, and we expect counsel to act accordingly in the future. Having said that, we recognize that the untimeliness of the objections is not jurisdictional, and we will entertain them because defendants have now furnished the tapes to plaintiff's counsel and have represented that they will do no further taping, pending a ruling by this court.

JAMES B. MORAN
Senior Judge, U. S. District Court

June 5, 2001.